**ELECTRONICALLY FILED**
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:06 VS-000246-JGH

| | |
|---|---|
| CHARLES W. JONES, SR.<br>and<br>CHARLES W. JONES, JR.<br><br>    PLAINTIFFS<br><br>v.<br><br>GLOBAL INFORMATION GROUP, INC.,<br>NORTH AMERICAN SECURITY<br>SOLUTIONS, INC.,<br>MICHAEL P. SPENCER<br><br>    DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

*******************

## MOTION FOR LEAVE TO FILED AMENED COMPLAINT

The Plaintiffs, Charles W. Jones, Sr. and Charles W. Jones, Jr., by counsel pursuant to Fed.R.Civ.P. 15 hereby move the Court to enter the attached Order granting Plaintiffs leave to file their First Amended Complaint attached hereto. In support of this Motion Plaintiffs submit the following Memorandum.

## MEMORANDUM

Fed.R.Civ.P. 15 provides that a party may amend its pleading by leave of court "and leave shall be freely given when justice so requires." The Sixth Circuit has held that "the thrust of Rule 15 is… the cases should be tried on their merits rather than the technicalities of pleadings." <u>Jet, Inc. v. Sewage Aeration Systems</u>, 165 F.3d 419, 425 (6th

Cir. 1999); *citing* Tefft v. Seward, 689 F.2d 637, 639 (6th Cir. 1982).  "[T]o deny a motion to amend, a court must find 'at least some significant of some prejudice to the opponent'" Duggins v. Steak & Shake, Inc., 195 F.3d 828 (6th Cir. 1999) *quoting* Moore v. City of Paducah, 790 F.2d 557, 562 (6th Cir. 1986).

In this case, the complaint in this Court was filed on May 23, 2006.  Shortly thereafter the motion to dismiss was filed with no answer being filed by any of the defendants.  As a result, no scheduling order has been entered in this case.  In July, counsel for the Plaintiffs as a result of a conflict were forced to withdraw, at which time undersigned counsel entered his appearance on behalf of the Plaintiffs.  Based upon the initial review of the case, undersigned counsel seeks to amend the complaint to conform with the evidence presently known and pursue additional claims set forth in the proposed amended complaint.  Because relief should be "freely granted" and defendants could not be prejudiced at this early stage, an order allowing plaintiffs leave to amend the complaint should be granted.

Respectfully Submitted,

/s/ John D. Cox
Donald L. Cox
John D. Cox
David W. Hemminger
Lynch, Cox, Gilman & Mahan PSC
500 West Jefferson Street, Suite 2100
Louisville, Kentucky 40202
*Counsel for Plaintiffs, Charles W. Jones, Sr. and Charles W. Jones, Jr.*

**CERTIFICATE OF SERVICE**

      In addition to the parties who were served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of foregoing was served by first class mail on August 3, 2006 to the following:

Harry K. Herren
Michelle M. Harper
Woodward, Hobson & Fulton, LLP
2500 National City Tower
Louisville, Kentucky 40202

Laurie J. Misner
2830 Northeast 20th Avenue
Lighthouse Point, FL  33064-7606
Laurie J. Misner
2830 Northeast 20th Avenue
Lighthouse Point, FL  33064-7606

                                          /s/ John D. Cox